JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO SANCHEZ,

     Plaintiff,

v.

WARREN STANLEY et al.,

     Defendants.

Case No. 2:21-cv-06172-SB-JC

ORDER DISMISSING CASE

     On October 18, 2022, the parties filed a stipulation to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).  Dkt. No. 64. Accordingly, this case is dismissed with prejudice.  Fed. R. Civ. P. 41(a)(1)(ii). All remaining dates are vacated and pending motions are denied as moot.

IT IS SO ORDERED.

Date: October 19, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1